1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. SA CR 15-142-JLS |
|---|---|
| Plaintiff, | PERSONAL MONEY JUDGMENT OF FORFEITURE |
| v. | |
| MITCHELL G. COHEN, | |
| Defendant. | |

Pursuant to the Stipulation and request of the parties filed in this matter on February 23, 2018, the Court hereby finds and orders as follows:

1. On January 26, 2016, defendant entered into a plea agreement in the case captioned United States v. Mitchell G. Cohen, No. SA CR 15-142-JLS. (CR 7.)

2. Pursuant to paragraph four of his plea agreement, defendant agreed to forfeit all "right title, and interest" in assets "derived from or acquired as a result of, or used to facilitate the commission of, defendant's illegal activities." (CR 7 at ¶ 4.) Defendant further agreed "[t]o the Court's entry of an order of forfeiture, in an amount not to exceed $1,645,225, at or before sentencing with respect to these assets and to the forfeiture of the assets." (Id. at ¶ 4.) Defendant also admitted in his plea agreement to receiving this amount of criminal proceeds. (Id. at ¶ 16.)

3. The entry of a judgment of forfeiture is specifically authorized by Rule 32.2 of the Federal Rules of Criminal Procedure and is part of the defendant's sentence. Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

4. Pursuant to the stipulation, defendant expressly waived the requirements of Federal Rules of Criminal Procedure 32.2. and 43(a) regarding notice of forfeiture in the charging instrument, pronouncement of forfeiture at sentencing, and incorporation of forfeiture in the personal money judgment of forfeiture. Defendant further agreed to immediate entry of the Judgment, and that the personal money judgment of forfeiture shall become final as to him upon entry.

5. A personal money judgment of forfeiture in the amount of $1,645,225.00 is HEREBY ENTERED in favor of the United States of America against defendant Mitchell G. Cohen.

6. This personal money judgment of forfeiture is part of the sentence imposed on defendant in this case.

7. This Court shall retain jurisdiction for the purpose of enforcing this personal money judgment of forfeiture.  The government shall notify the Court upon defendant's satisfaction of his obligations under this judgment.

IT IS SO ORDERED.

March 02, 2018

DATE

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE